**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2067**

CHARLOTTE MACBAGITO,

Plaintiff - Appellant,

v.

PENTAGON FEDERAL CREDIT UNION; ASHISH TANDON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-00623-PTG-WEF)

Submitted:  April 11, 2024                              Decided:  April 15, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charlotte MacBagito, Appellant Pro Se.  Michael A. Graziano, ECKERT SEAMANS CHERIN & MELLOTT, LLC, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlotte MacBagito appeals the district court's order granting Defendants summary judgment on MacBagito's claims for discrimination, harassment, and retaliation, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; retaliation, in violation of the Federal Credit Union Act, 12 U.S.C. § 1790b(a)(1); and wrongful termination, in violation of Virginia law.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment.  *MacBagito v. Pentagon Fed. Credit Union*, No. 1:22-cv-00623-PTG-WEF (E.D. Va. Sept. 7, 2023).  We grant MacBagito's motion for leave to file an amended informal reply brief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*